FILED

FEB - 9 2006

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Quentin Yates
       Plaintiff

   V.

United States Parole
Commission
       Defendant

Application to Proceed
Without Prepayment of
Fees and Affidavit

Case No  06 0234

I, Quentin Yates declare that I am the[check Box]
[✓] Petitioner/Plaintiff/Movant    [] other

In the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cost under 28 U.S.C. & 1915. I declare that I am unable to pay the cost of these proceedings and that I am entitled to the relief sought in the Complaint/Petition/Motion.

In support of this application, I answer the following questions under the penalty of perjury:
1] Are you incarcerated? [✓] yes    [] no if"no" go to part 2
   If "yes" state the place of your incarceration: F.C.I Cumberland.
   Are you employed at the institution? Yes
   Do you recieve any payment from the institution? Yes
Have the institution fill out the certificate portion of this Affidavit and attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions.

1

2] In the past twelve months have you recieved any money from any of the following sources?
   a. Business, profession or other self-employment [ ]yes [✓]no
   b. Rent payment, interest or dividends            [ ]yes [✓]no
   c. Pensions, annuities or life insurance          [ ]yes [✓]no
   d. Disability or Workers compensation             [ ]yes [✓]no
   e. Gifts or inheritances                          [✓]yes [ ]no
   f. Any other sources                              [✓]yes [ ]no

If the answer to any of the above is "yes" describe the source state the amount and what you expect you will continue to recieve? I recieve money from my mother and sometimes other relatives, the amount is always subject to change.

3] Do you have any cash or checking or saving accounts? No

4] Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or ant other things of value? No

5] List the persons who are dependant on you for support, state your relationship to each person? Alaysha Wright daughter

I declare under the penalty of prejury that the above information is true and correct.

12/6/05
_____
   Date

_Quentin Gates_
_____
Signature of Applicant

Notice to Prisoner: A prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition a prisoner must attach a statement certified by the appropriate institution authority showing the prisoners institutional balance for the last six months.