**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
QUENTIN YATES,                    )
#11346-007                        )
F.C.I Cumberland                  )
PO Box 1000                       )
Cumberland, MD 21501              )
                                  )
          Plaintiff,              )
                                  )
          v.                      )    Civil Action No.06-0234 (JDB)
                                  )
UNITED STATES                     )
PAROLE COMMISSION,                )
                                  )
          Defendants.             )
_____ )
```

**<u>ORDER</u>**

UPON CONSIDERATION of the defendant's motion for an
enlargement of time, it is this _____ day of February, 2006
hereby

ORDERED, that the defendant may have up to and including
April 28, 2006 to respond to plaintiff's Complaint (Motion for
Preliminary Injunction).


_____
UNITED STATES DISTRICT COURT JUDGE

```
cc
DIANE M. SULLIVAN                      QUENTIN YATES,
Assistant United States Attorney       #11346-007
Judiciary Center Bldg.                 F.C.I Cumberland
555 Fourth Street, NW                  PO Box 1000
Civil Division                         Cumberland, MD 21501
Washington, D.C. 20530
```