**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUENTIN YATES,                )<br>#11346-007                    )<br>F.C.I Cumberland              )<br>PO Box 1000                   )<br>Cumberland, MD 21501          )<br>                              )<br>        Plaintiff,           )<br>                              )<br>        v.                    )<br>                              )<br>UNITED STATES                 )<br>PAROLE COMMISSION,            )<br>                              )<br>        Defendants.           )<br>_____) | Civil Action No.06-0234 (JDB) |

**ORDER**

UPON CONSIDERATION of the defendant's motion for an enlargement of time, it is this _____ day of April, 2006 hereby

ORDERED, that the defendant may have up to and including May 17, 2006 to respond to plaintiff's Complaint (Motion for Preliminary Injunction).

_____
UNITED STATES DISTRICT COURT JUDGE

cc
DIANE M. SULLIVAN                    QUENTIN YATES,
Assistant United States Attorney     #11346-007
Judiciary Center Bldg.               F.C.I Cumberland
555 Fourth Street, NW                PO Box 1000
Civil Division                       Cumberland, MD 21501
Washington, D.C. 20530