# Exhibit A

```
H     PAR5D  540*23 *           SENTENCE MONITORING        *    04-13-2006
PAGE 001          *             COMPUTATION DATA           *    15:21:02
                                AS OF 04-13-2006

REGNO..: 11346-007 NAME: YATES, QUENTON A


FBI NO............: 593299KA8          DATE OF BIRTH: 10-04-1970
ARS1..............: CUM/A-DES
UNIT..............: UNIT B             QUARTERS.....: B07-223L
DETAINERS.........: NO                 NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 07-11-2031

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   01-11-2032 VIA EXP FT

- - - - - - - - - - - - - - - - - - -CURRENT JUDGMENT/WARRANT NO: 010 - - - - - - - - - - - - - - - - - - - -

COURT OF JURISDICTION..............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER......................: F-253-96 D&G
JUDGE..............................: KRAMER
DATE SENTENCED/PROBATION IMPOSED: 09-17-1996
DATE WARRANT ISSUED................: N/A
DATE WARRANT EXECUTED..............: N/A
DATE COMMITTED.....................: 09-24-2002
HOW COMMITTED......................: DC SUPERIOR COURT COMT
PROBATION IMPOSED..................: NO
SPECIAL PAROLE TERM................:

                  FELONY ASSESS  MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.:   $00.00         $00.00           $00.00           $40.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO     AMOUNT:  $00.00

- - - - - - - - - - - - - - - - - - - -CURRENT OBLIGATION NO: 010 - - - - - - - - - - - - - - - - - - - - - -
OFFENSE CODE....:  602
OFF/CHG: DCC, 22-504.1, AGGRAVATED ASSAULT W/ARMED (CT.D); 22-3202,
         CARRYING A PISTOL W/O A LICENSE (CT.G).

  SENTENCE PROCEDURE...............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     36 YEARS
  MINIMUM TERM.....................:     12 YEARS
  DC MANDATORY MINIMUM TERM........:      5 YEARS
5H    DATE OF OFFENSE..............: 01-12-1996




G0002        MORE PAGES TO FOLLOW . . .
```

A

```
5H      PARSD  540*23 *          SENTENCE MONITORING         *    04-13-2006
PAGE 002 OF 002 *                COMPUTATION DATA            *    15:21:02
                                 AS OF 04-13-2006

REGNO..: 11346-007 NAME: YATES, QUENTON A


REMARKS.......: CT.D, 10 YEARS - 30 YEARS, 5 YEAR MANDATORY MINIMUM;
                CT.G, 2 YEARS - 6 YEARS TO RUN CONSECUTIVE TO CT. D.

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-18-2003 AT LEE AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-17-1996
TOTAL TERM IN EFFECT............:    36 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    36 YEARS
EARLIEST DATE OF OFFENSE........: 01-12-1996

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     01-12-1996   09-16-1996

TOTAL JAIL CREDIT TIME..........: 249
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 01-11-2008
STATUTORY RELEASE DATE..........: 01-11-2032
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 01-11-2032

NEXT PAROLE HEARING DATE........: 06-00-2006
TYPE OF HEARING.................: INITIAL

PROJECTED SATISFACTION DATE.....: 01-11-2032
PROJECTED SATISFACTION METHOD...: EXP FT

REMARKS.......: PAROLE ELIGIBILITY CANNOT OCCUR PRIOR TO 01-10-2001.




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```