# Exhibit B

260672

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

OCC #85

United States of America
District of Columbia

Case No. F-253-96 D+G

PDID No. 425-661

vs.

Quenton A. Yates

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of
Ct "D" - Aggravated Assault While Armed
Ct "G" - Carrying a Pistol Without a License
and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to As to
Ct "D" - 10 (ten) to 30 (thirty) years in jail, mandatory minimum term of 5 (five) years applies, Ct "G" 2 (two) to 6 (six) years in jail to run consecutive.

☒ MANDATORY MINIMUM term of 5 (five) years applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

  ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

Costs in the aggregate amount of $ 400 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

9/17/96
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

9/17/96
Date

_____
Deputy Clerk