Exhibit D

ADP Form 19 DCDC-7-70

### DISTRICT OF COLUMBIA
### DEPARTMENT OF CORRECTIONS
### FACE SHEET No. 2

Date Prepared
09 20 96
(Mo., Da., Yr.)

| DCDC Number 268672 | Name (Last, First, Middle) YATES, QUENTON | | Race B | Sex M |
|---|---|---|---|---|

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth SUITLAND, MARYLAND |
|---|---|---|---|---|---|---|---|

| Offense | AGGRAVATED ASSAULT WHILE ARMED | (CPWOL) | |
|---|---|---|---|
| Case Number | F25396D | F25396G | |
| Sentence (Yrs., Mos., Days) | 10 to 30 yrs | 2 to 6 yrs cons | |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 9-17-96 | 9-17-96 | |
| Full Term Date (Mo., Da., Yr.) | | 01-11-32 | |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 01-11-32 | |
| Parole Eligibility Date (Mo., Da., Yr.) | | 01-11-08 | |
| Max. Supervision Date (Mo., Da., Yr.) | | N/A | |
| Statutory Good Time Rate / Month | | CRIME OMINBUS | |
| Plea | | GUILTY | |
| Committing Judge | | KRAMER | |
| Defense Attorney | | | |
| Initialed By: | | SRC | |

| DETAINERS | | | | CONDUCT CREDITS | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | For | | Action | Date | Credits | Forfeit | Restore | Balance |
| 4-17-96 | MPD | FU#96-0472 | | | | | | |

| JAIL CREDIT DATES | | REMARKS |
|---|---|---|
| From and Including | To and Including | |
| 01-12-96 | 09-16-96=249 days | VVCC 40.00 |
| | | FIVE (5) YEARS MANDATORY MINIMUM |

YELLOW COPY TO ADP