# Exhibit E

| U.S. Department of Justice | Notice of Hearing-Parole Application |
|---|---|
| United States Parole Commission | Representative and Disclosure Request |

Name: __YATES, Quenton A.__  Date: __03-31-2006__

Register No.: __11346-007__    Institution: __FCI Cumberland, Maryland__

**Instructions:** This form is to be furnished to and completed by every inmate prior to every scheduled hearing before the Parole Commission. It must be furnished at least 60 days in advance of the scheduled hearings unless such 60-day notice is waived by the inmate (see No. 1 below).

1. **Notice of Hearing:** Provided you have applied for parole in the space below, you will be given a hearing by officials of the U.S. Parole Commission on the docket of parole hearings scheduled for __June 13th__ to __June 16th__, 2006.

If there are less than 60 days between the date of this notice and your hearing, your hearing will be postponed until the next docket of parole hearings at your institution *unless* you initial the following waiver:

_____  I received this form less than 60 days from the date of my hearing. However, I hereby
*(Initials)* waive my right to 60 days advance notice of the hearing time and notice of my disclosure rights, and
I request to be heard as scheduled.

2. **Application:** I hereby apply for parole, or have previously applied and still wish to be paroled:

Signature: _____
Date: __3-30-06__

3. **Waiver of Parole/Parole Hearing:**

_____  A.   I wish to waive parole consideration at this time.
*(Initials)*

_____  B.   I wish to waive my scheduled Statutory Interim Hearing and have not incurred any
*(Initials)*      Institutional Disciplinary Committee infractions since my last hearing.

_____  C.   I wish to waive the parole effective date or presumptive parole date
*(Initials)*      previously determined by the Commission.

(Note: A previously waived parole date will be reinstated upon reapplication, provided no new adverse information exists in your case.)

_____  D.   I wish to waive mandatory parole.
*(Initials)*

**Note:**  1.  If you waive parole or a parole hearing, any subsequent application or reapplication must be submitted at least 60 days prior to the first day of the month in which hearings are conducted at the institution where you are then confined.

2.  Revocation hearings cannot be waived. Hearings under 28 C.F.R. 2.28 (b-f) and rescission hearings can only be waived by waiver of the parole effective date or presumptive parole date previously determined by the Commission.

4. **Representative:** At your hearing you may have a representative of your choice (*e.g., family member, friend, staff member, or attorney*), who will be permitted to make a statement on your behalf at the close of the hearing. The name of your representative willing and able to appear should be written in below. Arrangements for the appearance of a representative must be made through your case manager.

**Name of Representative:**

__Mr. Lomis Taylor__

If you do not wish a representative, initial the following waiver:

_____  I do not wish a representative at my hearing.
*(Initials)*



5. **Disclosure of File Information:** You may review the reports and documents in your file which will be considered by the Commission, if you submit a request for disclosure on this form at least 30 days in advance of your hearing. (Note: Certain material which the Commission will consider may be exempt by law from disclosure. In such event, a summary of the material withheld from you will be furnished if you request to review your file.)

_QY_ I wish to inspect the disclosable material in my institutional file.
*(Initials)*

_QY_ I wish to inspect any documents concerning me which the Parole Commission may
*(Initials)* have. I understand that in most cases, the Commission will have no material, until after an initial hearing has been held. (If you request disclosure of Commission documents, you must do so on this form at least 30 days in advance of the hearing.)

Note: At review hearings, the Commission will consider only information about factors which have changed, or which may have changed, since your last parole hearing.

**If you do not wish to request any disclosure, initial the following waiver:**

_____ I do not wish to inspect my files before the hearing scheduled on this form.
*(Initials)*

**If you have inspected file material, initial below:**

_____ I have reviewed the materials in my institutional file on
*(Initials)*

_____, 20\_\_\_\_\_

_____ I have reviewed the Parole Commission file material on
*(Initials)*

_____, 20\_\_\_\_\_

If you have not yet received disclosure of the file materials you requested or if there are less than 30 days between either of the above dates and your hearing, your hearing will be postponed until the next docket of parole hearings at your institution unless you initial the following waiver:

_QY_ I did not receive 30 days prehearing disclosure of the material I requested from my files.
*(Initials)* However, I hereby waive my right to disclosure 30 days in advance of the hearing, and I request to be heard as scheduled.