# Exhibit F

```
CUMCS                    *    PROGRESS REPORT              *    03-30-2006
PAGE                                                            09:32:31

RSP OF: CUM CUMBERLAND FCI              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        14601 BURBRIDGE RD SE
        CUMBERLAND, MD 21502
        301 784-1000
NAME: YATES, QUENTON A                  REGNO: 11346-007 AGE(DOB): 35/10-04-1970
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| [signature] | 3-30-06 | [signature] |

TYPE OF PROGRESS REPORT:
INITIAL PAROLE_X__  SIH ___  TRIENNIAL ___  PRE-RELEASE ___  TRANSFER ___  OTHER: ___

PRESENT SECURITY/CUSTODY LEVEL:
  MEDIUM    /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

  DCC, 22-504.1, AGGRAVATED ASSAULT W/ARMED (CT.D); 22-3202,
  CARRYING A PISTOL W/O A LICENSE (CT.G).
    36 YEARS                          /

DATE COMPUTATION BEGAN: 09-17-1996

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0  /0  /0 | 0  /  0 | M:   114 D: 14<br>+ 249     JC - 0     INOP |

PROJECTED RELEASE DATE: 01-11-2032  PROJECTED RELEASE METHOD: EXP FT

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS:

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                        BP-CLASS-3

NAME: YATES, QUENTON A          REGNO: 11346-007
------------------------------ INSTITUTIONAL ADJUSTMENT ------------------------------
Inmate Yates has made an appropriate institutional adjustment. He has participated
in Adult Continuing Education, and drug treatment counseling. He receives
satisfactory work reports and has maintained clear conduct throughout his
incarceration.

A. PROGRAM PLAN: At his initial classification, inmate Yates was encouraged to
provide proof of High School Diploma or GED, enroll in drug treatment, and participate
in the inmate financial responsibility program. Other goals established at his
initial classification and subsequent program reviews were to participate in Adult
Continuing Education, Wellness, Economics, and Vocational Training. He was also
encouraged to maintain clear conduct, receive good work reports, and maintain high
levels of unit and cell sanitation.

B. WORK ASSIGNMENTS: Inmate Yates is assigned as a unit orderly where he receives
satisfactory work reports.

| INST | WORK ASSIGNMENT |  | START DATE | STOP DATE |
|------|-----------------|--|------------|-----------|
| CUM  | F B2 ORD | FCI B2 ORDERLY | 12-09-2005 | CURRENT |
| CUM  | VACATION | VACATION | 12-05-2005 | 12-09-2005 |
| CUM  | F B2 ORD | FCI B2 ORDERLY | 09-22-2005 | 12-05-2005 |
| CUM  | F UNASSIGN | UNASSIGNED INMATES | 09-14-2005 | 09-22-2005 |
| CUM  | F A&O | FCI A&O INMATES | 09-06-2005 | 09-14-2005 |
| ATL  | DCU UNASSG | DETENTION CENTER UNASSIGNED | 08-16-2005 | 09-06-2005 |
| LEE  | U D ORD PM | D UNIT ORDERLY PM | 08-17-2004 | 08-16-2005 |
| LEE  | SHU AD | SHU UNASSIGNED AD | 08-04-2004 | 08-09-2004 |
| ATL  | DCU UNASSG | DETENTION CENTER UNASSIGNED | 06-18-2004 | 08-03-2004 |
| ATL  | DCU UNASSG | DETENTION CENTER UNASSIGNED | 06-14-2004 | 06-18-2004 |
| ATL  | DCU UNASSG | DETENTION CENTER UNASSIGNED | 06-14-2004 | 06-14-2004 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Yates has completed the CDL class.

------------------------------ EDUCATION INFORMATION ------------------------------
| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------------|-------------|-----------------|----------------|
| CUM  | ESL HAS | ENGLISH PROFICIENT | 10-10-2002 1515 | CURRENT |
| CUM  | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-15-2005 1533 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------
| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| CUM | INTRO. COM. DRIVERS LICENSE | 11-22-2005 | 01-24-2006 | P | C | P | 12 |

D. COUNSELING PROGRAMS: Inmate Yates has completed the 40-Hour Drug Education class.

E. INCIDENT REPORTS: Inmate Yates has maintained clear conduct throughout his
incarceration.

F. INSTITUTIONAL MOVEMENT:
| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|-------------|------------|---------------------|----------------|
| CUM | A-DES | TRANSFER RECEIVED | 09-06-2005 |
| LEE | A-DES | WRIT RETURN | 08-03-2004 |
| ATL DCU | A-DES | TRANSFER RECEIVED | 06-14-2004 |

G. PHYSICAL AND MENTAL HEALTH: Inmate Yates is assigned to regular duty with no
medical restrictions.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Inmate Yates has completed payment of
the $40.00 court costs imposed by the District of Columbia Superior Court at the time
of sentencing.
| FRP ASSIGNMENT | | START DATE |
|----------------|--|------------|
| COMPLT | FINANC RESP-COMPLETED | 03-15-2005 |

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Yates will be enrolled in the
Release Preparation Program after a release date has been established. It is
anticipated he will be referred for CCC placement

```
NAME: YATES, QUENTON A            REGNO: 11346-007
    CMA ASSIGNMENT (REL PREP)                    START DATE
    RPP NEEDS         RELEASE PREP PGM NEEDS     09-30-2002

    PRE-RELEASE PREP DATE:  07-11-2031

    RESIDENCE:      To be established.

    EMPLOYMENT:     To be established.

    USPO:           (Sentencing District)
                    Offender Processing Unit
                    CSOSA-Data Management Group
                    300 Indiana Avenue, N.W.
                    Second Floor, Room 2070
                    Washington, DC 20001


J. RELEASE NOTIFICATIONS:


    OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B)
    DUE TO:
         CURRENT CONVICTION FOR A CRIME OF VIOLENCE
         PRIOR CONVICTION FOR A CRIME OF VIOLENCE

         18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
         COMMUNITY WITH SUPERVISION

    IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042©
    DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

         ( ) YES  (X) NO

         18 USC 4042© NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
         COMMUNITY

DNA TEST STATUS: NEED

    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE
```

PREPARED BY: _____ CASE MANAGER (DATE) 3-30-06
             FCI B2    LORI VANCE: 220-3051

REVIEWED BY: _____ UNIT MANAGER (DATE) 3-30-06
             UNIT B    R. BRIGHT -FTS 220-3052