UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mr. Quentin Yates
    Plaintiff

  V.

U.S. Parole Commission
    Defendant

Civil No: 06-0234(JDB)

## MOTION FOR AN EXTENTION OF TIME

The Plaintiff, Mr. Quentin Yates respectfully moves this this honorable Court for an extention of time inwhich to respond to the Defendants motion to dismiss or summary judgement. The Plaintiff is moving in pro-se and request this extention of time to enable him to adequately respond to the Defendants motion. Also given the fact that the Plaintiff has limited legal knowledge to draw from and limited resources the extention of time requested is most needed. The Plaintiff request that he be given up until July 25, 2006 to respond to the Defendants motion to dismiss. The Plaintiff has sent a copy of the foregoing motion to the Defendant inlight of the fact that he was not able pursuant to Fed Civ. Pro. local rule 7 to discuss this nondispositive motion.

RECEIVED
JUN 08 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Wherefore, it is the request of the Plaintiff that this Honorable Court grant his motion for an extention of time inwhich to respond to the Defendants motion to dismiss or summary judgement. That is that the Plaintiff be granted an extention until the 25th of July of 2006 to respond.

RESPECTFULLY SUBMITTED

*[signature]* 6-5-06

Mr. Quentin Yates
Fed#11346-007
F.C.I. Cumberland
P.O. Box 1000
Cumberland, M.D. 21501

2

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion for an extention of time was sent by First-class mail postage prepaid to;

Ms. Diane M. Sullivan
Asst. U.S. Attorney
555 4th Street N.W.
Washington, D.C. 20530

                                                                                    6-5-06
                                                                   Mr. Quentin Yates