```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

QUENTIN YATES,                  )
                                )
        Plaintiff,              )
                                )
        v.                      )    Civil Action No.06-0234 (JDB)
                                )
UNITED STATES                   )
PAROLE COMMISSION,              )
                                )
        Defendants.             )
_____ )
```

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including August 30, 2006.

Counsel for the defendant has been involved in lengthy mediation sessions in <u>Yancey v. Doan</u>, Civil Action No. 04-0132 set for trial on July 24, 2006 and <u>Holcomb v. Powell</u>, Civil Action No. 01-1550 which did not settle until late yesterday evening.  Counsel has a dispositive motion due in <u>Harper v. Potter</u>, Civil Action No. 06-0161 on August 7, 2006 and is preparing numerous witnesses for depositions on August 9, 2006 in <u>Martin v. United States</u>, Civil Action No. 05-1593.  In addition, counsel will be out of the office from August 10 through August 18, 2006.

Plaintiff <u>pro se</u> was not contacted because he is presently incarcerated.

Wherefore, it is respectfully requested that the defendant have up to and including August 30, 2006 to file a reply.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



_____/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent by First-Class mail, postage prepaid to:

QUENTIN YATES,  
#11346-007  
F.C.I Cumberland  
PO Box 1000  
Cumberland, MD 21501

on this _____ day of August, 2006.

                \_\_\_\_\_/s/_____  
                DIANE M. SULLIVAN  
                Assistant United States Attorney  
                555 4TH St., N.W.,  
                Civil Division  
                Washington, D.C.  20530  
                (202) 514-7205