**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUENTIN YATES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No.06-0234 (JDB) |
| ) | |
| UNITED STATES ) | |
| PAROLE COMMISSION, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of the defendant's motion for an enlargement of time, it is this _____ day of August, 2006 hereby

ORDERED, that the defendant may have up to and including August 30, 2006 to file a reply.

_____
UNITED STATES DISTRICT COURT JUDGE

cc
DIANE M. SULLIVAN
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530

QUENTIN YATES,
#11346-007
F.C.I Cumberland
PO Box 1000
Cumberland, MD 21501