**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
QUENTIN YATES,                    )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil Action No.06-0234 (JDB)
                                  )
UNITED STATES                     )
PAROLE COMMISSION,                )
                                  )
        Defendant.                )
_____ )
```

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply to plaintiff's opposition to defendant's motion for summary judgment up to and including September 20, 2006.

Counsel for the defendant has begun preparing a reply. However, it became clear that before filing a reply it will have to be reviewed by the agency. Due to scheduled vacations and business travel, certain individuals are not available until after the Labor Day holiday.

Plaintiff pro se was not contacted because he is presently incarcerated.

Wherefore, it is respectfully requested that the defendant have up to and including September 20, 2006 to file a reply.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent by First-Class mail, postage prepaid to:

QUENTIN YATES,  
#11346-007  
F.C.I Cumberland  
PO Box 1000  
Cumberland, MD 21501

on this _____ day of August, 2006.

    \_\_\_\_\_/s/_____  
    DIANE M. SULLIVAN  
    Assistant United States Attorney  
    555 4TH St., N.W.,  
    Room E4919  
    Washington, D.C.  20530  
    (202) 514-7205