**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUENTIN YATES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No.06-0234 (JDB) |
| ) | |
| UNITED STATES ) | |
| PAROLE COMMISSION, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of the defendant's motion for an enlargement of time, it is this _____ day of August, 2006 hereby

ORDERED, that the defendant may have up to and including September 20, 2006 to file a reply.

_____
UNITED STATES DISTRICT COURT JUDGE

cc
| | |
|---|---|
| DIANE M. SULLIVAN | QUENTIN YATES, |
| Assistant United States Attorney | #11346-007 |
| Judiciary Center Bldg. | F.C.I Cumberland |
| 555 Fourth Street, NW | PO Box 1000 |
| Room E4919 | Cumberland, MD 21501 |
| Washington, D.C. 20530 | |