UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUENTIN YATES,**<br><br>　Plaintiff,<br><br>　v.<br><br>**UNITED STATES PAROLE COMMISSION,**<br><br>　Defendant. | Civil Action No. 06-0234 (JDB) |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [#17] is GRANTED, and its motion for summary judgment [#17] is DENIED. It is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　United States District Judge

Date: March 9, 2007